# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ROBERT LONG, individually and on behalf of all others similarly situated,** | § § § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. **3:11-CV-2281-L** |
| | § | |
| **BANK OF AMERICA, N.A.,** | § § | |
| Defendant. | § | |

## **NOTICE OF VOLUNTARY DISMISSAL**

TO THE HONORABLE U.S. MAGISTRATE JUDGE:

NOW COMES Plaintiff, Robert Long, pursuant to Federal Rule of Civil Procedure 41(a)(1), and hereby voluntarily dismisses all claims in this action without prejudice as to Defendant, Bank of America, N.A.

Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted,

BRANCH LAW FIRM

By:_____
   W. SHANE OSBORN
   State Bar No. : 24068343
   sosborn@branchlawfirm.com
808 Travis, Suite 1553
Houston, Texas 77002
(713) 224-1500
(713) 224-1622 [facsimile]
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I certify that on October 7, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Jay L. Krystinik
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
jay.kirystinik@bryancave.com

                                                              _____
                                                              W. Shane Osborn